UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STEPHEN M. McGILL | CIVIL ACTION 15-cv-1681 |
| VERSUS | JUDGE FOOTE |
| CADDO PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Stephen McGill ("Plaintiff") is a self-represented inmate at the Caddo Correctional Center. His complaint alleges that he was placed in mental health care for no reason and housed in a dirty cell. He also complains about his inability to use the law library as often as he would like. Plaintiff has in the past sought immediate injunctive relief granting him relief on the merits of his claim regarding mental health care. An original motion and a request for reconsideration were denied.

Plaintiff has once again filed a **Motion for TRO (Doc. 26)** that seeks an order that mental health staff not be allowed to treat him without a reason. The motion is **denied without prejudice**. The complaint is, as the court has explained earlier, in the initial review process. That process will be completed as promptly as possible so that the court may proceed to address the merits of Plaintiff's claims. However, that process is slowed when Plaintiff files repetitive motions such as this.

Plaintiff has also filed a **Motion in Support of Inadequate Law Library Time (Doc. 27)** in which he requests immediate release from incarceration on the grounds that he has

been denied adequate time in the law library. He alleges that he was unable to properly prepare for his trial in state court. Plaintiff was presumably appointed counsel in the state court proceedings, or at least had a right to appointment of counsel, so he had no constitutional right to access the law library to prepare a pro se defense in his criminal trial. Degrate v.Godwin, 84 F.3d 768 (5th Cir. 1996). Accordingly, this motion is also **denied**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 24th day of September, 2015.

Mark L. Hornsby
U.S. Magistrate Judge